UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**RICHARD REID,**

    **Plaintiff,**

**v.**                                                               **Case No.:  5:24-CV-00017-MFU-JCH**

**PILOT TRAVEL CENTERS LLC,**

    **Defendant.**

### DEFENDANT PILOT TRAVEL CENTERS LLC's
### AMENDED NOTICE OF REMOVAL

Defendant Pilot Travel Centers LLC, ("Pilot"), by counsel and in accordance with 28 U.S.C. §§ 1441 and 1446, submits this Amended Notice of Removal for the action civil action Richard Reid filed against Pilot in the Circuit Court for County of Henrico, Virginia.  In Support of this Notice of Removal, Pilot states the following:

1. Plaintiff Richard Reid filed his Virginia state court Complaint on January 25, 2024, in the Circuit Court for the County of Henrico, Virginia, located at 4309 East Parham Road, Henrico, Virginia 23273.

2. On information and belief, the Plaintiff is a citizen of New Jersey.

3. This is a civil personal injury action in which the Plaintiff alleges that Pilot is liable for negligence.

4. The Plaintiff's Complaint does not allege where Pilot is incorporated or maintains its principal place of business; however, Pilot is a Delaware limited liability company and its principal place of business is in Knoxville, Tennessee.

5. The members of Pilot Travel Centers LLC are National Indemnity Company, and Berkshire Hathaway Life Insurance Company of Nebraska.

6. National Indemnity Company is a corporation organized under the laws of Nebraska that maintains its principal place of business at 1314 Douglas Street, Suite 1400, in Omaha, Nebraska.

7. Berkshire Hathaway Life Insurance Company of Nebraska is a corporation organized under the laws of the state of Nebraska and maintains its principal place of business at 1314 Douglas Street, Suite 1400, Omaha, Nebraska 68102.

8. Removal is proper because this case involves a suit between citizens of different states and the amount in controversy exceeds $75,000. This entire suit is removable under 28 U.S.C. § 1441(b) and 28 U.S.C. § 1446.

9. Venue exists in this district under 28 U.S.C. 1446(a) because the state court where the action is pending is in this district and division.

10. Pilot received service of the Complaint on January 30, 2024. Removal is timely under 28 U.S.C. § 1446(b) because Pilot filed its Notice of Removal within 30 days after Pilot was served with process for the Plaintiff's state court pleading.

11. In accordance with U.S.C. § 1446(a), a copy of all process, pleadings, documents, and orders in this case are attached to this Notice of Removal as **Exhibit A**.

12. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Circuit Court for the County of Henrico, Virginia.

13. Plaintiff and Defendant have both requested a jury trial.

WHEREFORE, Defendant Pilot Travel Centers LLC, respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

**PILOT TRAVEL CENTERS LLC**

/s/ David W. Hearn
David W. Hearn (VSB No. 37347)
Jessica C. Rooke (VSB No. 99530)
Sands Anderson PC
919 East Main Street, Suite 2300
Richmond, VA  23219-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
DHearn@SandsAnderson.com
JRooke@SandsAnderson.com
*Counsel for Defendant Pilot Travel Centers LLC*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of April 2024, I electronically filed the foregoing using the Court's CM/ECF system, which will then send a notification of such filing ("NEF") to all counsel of record and also mailed via U.S. first class mail, postage prepaid, and emailed a copy of the foregoing to:

Brooke Taylor, Esquire (VSB #: 89624)
REINHARDT HARPER DAVIS , PLC
4915 Radford Avenue, Suite 100
Richmond, Virginia 23230
804.359.5500 (main line)
804.359.5555 (fax)
brooke@vacomplaw.com
*Counsel for Plaintiff*


M. Scott Bucci
Cantor Grana Buckner Bucci
7130 Glen Forest Drive, Suite 300
Richmond, Virginia 23226
Telephone: (804) 644-1400
Facsimile: (804) 644-9205
Sbucci@virginiatrialfirm.com
*Co-Counsel for Plaintiff*

    /s/ David W. Hearn