CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
08/05/2025
LAURA A. AUSTIN, CLERK
BY: **/s/ Amy Fansler**
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | |
|---|---|
| **RICHARD REID,** ) | |
| ) | **Civil Action No. 5:24-cv-00017** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **PILOT TRAVEL CENTERS, LLC,** ) | **By:   Michael F. Urbanski** |
| ) | **Senior United States District Judge** |
| Defendant. ) | |

## ORDER

In accordance with the notice made by counsel that this case has been resolved, see ECF No. 37, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice, and **ORDERED** stricken from the active docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of entry of this order.

Any pending motions are **DENIED** as moot and deadlines **SUSPENDED**.

It is **SO ORDERED**.

Entered: August 5, 2025

Michael F. Urbanski
U.S. District Judge
2025.08.05 11:25:38
-04'00'

Michael F. Urbanski
Senior United States District Judge